In the Matter of the Application of FRED LYNN, a Resident and Taxpayer of the Village of Penn Yan, N. Y., to Remove H. ALLEN WAGNER from the Municipal Board of the Village of Penn Yan.— Issues raised by petition and answer referred to Hon. Nathaniel Foote, official referee, to take the proofs thereon and report the same to this court together with his opinion thereon. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

HARRIETT J. BALL, Respondent, v. CLARA QUIRK, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

HARRY V. PEVERT, Respondent, v. EMIL M. KOTZ, Appellant.— Order affirmed, with ten dollars costs and disbursements, on the ground that the defendant, by entering judgment in the former action under the provisions of section 485 *et seq.* of the Civil Practice Act, elected to treat the action as one on contract for a money judgment only. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HAROLD LATSHAW, Appellant.— Judgment of conviction affirmed. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

HARRY L. ZELTER, Respondent, v. ALEXANDER PAULL, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

EVA E. BLOWERS, Respondent, v. GAGE, STAFFORD & WEBSTER, INC., Appellant. — Judgment affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

FRED WYKER, Respondent, v. HERMAN RUSS, Appellant, and Others.— Judgment affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

DONNA ABT, Respondent, v. BUFFALO AND ERIE RAILWAY COMPANY, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

HOWARD G. ABT, Respondent, v. BUFFALO AND ERIE RAILWAY COMPANY, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

FRANKLIN SUGAR REFINING COMPANY, Appellant, v. STANISLAUS LIPOWICZ and Others, Respondents.— Extension of time until December tenth granted to respondents in which to serve their brief, and case ordered ready for argument at opening of January term. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MICHAEL J. ENRIGHT, Appellant.— Appeal dismissed unless appellant shall serve records and briefs by December tenth and shall be ready to argue the appeal at the opening of the January term. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.